IN THE UNITED STATES DISTRIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHELIA KAY GOOLSBY                                                    PLAINTIFF

v.                              CIVIL ACTION NO.: 3:22-cv-43-MPM-JMV

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION                 DEFENDANT

ORDER

Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, has filed a motion seeking remand of this case back to the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g). Plaintiff has indicated that she does not oppose the motion, and the court concludes that it is well taken and should be granted.

It is therefore ordered that defendant's motion to remand is granted, and this case is hereby remanded back to the Social Security Administration.

This, the 26th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1